UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RENEE BOTT, | ) |
| | ) |
| Plaintiff, | ) CAUSE NO:1:17-cv-0328-JMS-MPB |
| | ) |
| v. | ) |
| | ) |
| FIVE STAR COMPLETE | ) |
| RESTORATION, INC. | ) |
| | ) |
| Defendant. | ) |

> Dismissal with prejudice acknowledged. JMS, CJ, 1-29-18
> Distribution via ECF.

## JOINT STIPULATION TO DISMISS

Plaintiff, Renee Bott, and Defendants, Five Star Complete Restoration, Inc., by counsel, hereby stipulate to the dismissal of the above-captioned matter, with prejudice, with each side to bear its own attorneys' fees and costs.

Respectfully Submitted,

Stewart & Stewart                                              Thomas Law Group, LLC

                                                                By: /s/Robert R. Thomas
By: /s/Heather R. Falks                                            Robert R. Thomas
                                                                   Thomas Law Group LLC
   Heather R. Falks                                                4600 NW Plaza W. Drive Ste. D
   Stewart & Stewart                                               Zionsville IN 46077
   931 S. Rangeline Rd.                                            Phone: 317-337-9550
   Carmel, IN 46032                                                Fax:: 317-337-9551
   Phone: (317) 846-8999                                           rob@robthomaslaw.com
   Fax: (317) 843-1991                                             *Attorneys for Defendants*
   heatherf@getstewart.com
   *Attorney for Plaintiff*